UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LEO H. HUHN,

        Plaintiff,

v.                                                Case No: 5:12-cv-449-Oc-18PRL

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on defendant's appeal to the District Court from the final decision of the Commissioner of Social Security denying his application for disability insurance benefits. The Court having reviewed the report and recommendation of the magistrate judge (Doc. No. 17), it is hereby

ORDERED that the report and recommendation of the magistrate judge is hereby **APPROVED and ADOPTED.** The decision of the Commissioner is **AFFIRMED** under sentence four of 42 U.SC. § 405(g). Clerk of the Court is directed to issue a judgment consistent with this Order and CLOSE the case.

**DONE AND ORDERED** at Orlando, Florida, this _14_ day of November, 2013.

                                                                G. KENDALL SHARP
                                              SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record